UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RICHARD SEPULVEDA,

          Plaintiff,

   v.

CARMEN ESTRADA, et al.,

          Defendants.

Case No. 24-cv-03116-KAW

**ORDER TO SHOW CAUSE**

Plaintiff Richard Sepulveda filed the instant suit against Defendants Carmen Estrada, et al. (Dkt. No. 1.) Pursuant to General Order 56, the joint site inspection deadline was no later than September 20, 2024, and Plaintiff was required to file a "Notice of Need for Mediation" forty-two days after the joint site inspection. (*See* Dkt. No. 4.) Thus, Plaintiff's "Notice of Need for Mediation" was due by November 1, 2024.

As of the date of this order, Plaintiff has yet to file his "Notice of Need for Mediation." Plaintiff is therefore ordered to show cause by **January 17, 2025**, why this case should not be dismissed for failure to prosecute by filing the Notice of Need for Mediation or a request to extend the filing deadline.

IT IS SO ORDERED.

Dated: January 6, 2025

KANDIS A. WESTMORE
United States Magistrate Judge